

|   |   |
|---|---|
| Telephone: | +1.513.519.9610 |

| | |
|---|---|
| Message for the attention of | : Paul Flynn, EVP of Business<br>  Jim Wilder, Commercial Director<br>  Omkar Bhave, Market Development Executive |
| Company & Location | : FutureFuel Chemical Company |
| E-mail address | : paulflynn@ffcmail.com<br>  jimwilder@ffcmail.com<br>  omkarbhave@ffcmail.com |
| From | : Greg Dahman |
| Date | : May 21, 2019 |
| No. of pages (including this one) | : 1 |

## Subject: NOBS Second Order

Dear Paul, Jim, and Omkar:

The Procter & Gamble Company, Procter & Gamble International Operations SA Singapore Branch, and Procter & Gamble Manufacturing Mexico S. de R.L. de C.V. (collectively referred to as "P&G") and FutureFuel Chemical Company entered into a Purchase Agreement on May 8, 2018 for the stabilized sodium salt of Nonanoyloxy Benzene Sulfonate (NOBS). As part of the Purchase Agreement, Section 4.1 *Purchase & Sale Obligations* outlined the option for the Buyer to request a second order of NOBS to be made in one production campaign.

We would like to inform you that P&G will not be requesting a second order of NOBS to be made by FutureFuel under the Purchase Agreement outlined above.

Thank you for your continuous support in our business and we look forward to an ongoing fruitful cooperation while fulfilling our purchase commitment for the First Order of NOBS produced under the Purchasing Agreement in or around June 2018.


With best regards,

Greg Dahman
Purchasing Manager
P&G Chemicals & Ingredients Purchases


**EXHIBIT B**