

2800 Gap Road
Batesville, Arkansas 72501

*Via electronic mail*

June 3rd, 2019

P&G Chemicals & Ingredients Purchases
dahman.gp@pg.com
hodges.jm@pg.com

Re: NOBS Second Order

Dear Greg:

We received your letter dated May 21, 2019 regarding P&G's decision to decline the second order of NOBS under our May 18, 2018 purchase agreement. After forty years of production history together, we are obviously disappointed and even had offered a manufacturing campaign down to 2.5 million pounds to continue supplying NOBS.

As you know, the equipment dedicated to the NOBS process is multi step and includes a large-scale continuous reactor with an annual design capacity of 60 million pounds. Under section 7.3 of our purchase agreement, we will need to conduct a final accounting of P&G dedicated raw materials and work-in-process in our custody.

As set forth below, our preliminary estimate of the final accounting for the materials to be returned to P&G or disposed of at your direction is:

| Material | Quantity (lbs.) | Price |
|---|---|---|
| Nonanoic (C9) Acid | 531,100 | $717,474 |
| Phenol | 247,854 | $126,962 |
| PEG 4000 | 41,756 | $49,763 |
| Palmitic Acid | 271,589 | $306,030 |
| Acetic Anhydride | 68,707 | $56,229 |
| Caustic Soda, 50% | 215,296 | $28,388 |
| Oleum | 94,851 | $11,216 |
| **Preliminary Subtotal** | | **$1,296,063** |

Final disposal and shipping costs will be calculated once we receive your instruction on how to proceed.

It has truly been our pleasure to work with P&G on NOBS over the years and we hope that in the future we will be considered as a strategic manufacturer on other P&G opportunities. Please feel free to contact me at paulflynn@ffcmail.com or (314) 854-8385 with any questions or if you would like to discuss.

Regards,

Paul Flynn
FutureFuel Chemical Company
Executive VP of Business and Marketing

cc: Jim Hodges

**EXHIBIT C**