Mr P Flynn
Executive Vice President of Business and Marketing
FutureFuel Chemical Company
2800 Gap Road
Batesville, Arkansas 72501

January 3, 2020

Dear Paul

**Re: NOBS Purchase Agreement (the "Agreement")**

We acknowledge receipt of your letter dated 10 December 2019.

Clause 7.3 clearly does not if FutureFuel terminates the Agreement when there are no open orders or contemplation of such orders. Accordingly we remain of the opinion that there is no obligation for us to pay for the acids/materials detailed in your letter of 3 June. We would therefore strongly recommend you do everything you can to re-use or re-sell them.

Yours sincerely

*[signature]*

James M. Hodges, Jr.
Associate Director, Fabric and Home Care Purchases

**EXHIBIT F**