THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FutureFuel Chemical Company | : | Case No. _____ |
| | : | Judge: _____ |
| v. | : | Corporate Disclosure Statement |
| | : | |
| The Procter & Gamble Company, et al. | : | |
| | : | |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

      In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

FutureFuel Chemical Company_____.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✔ YES  ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   FutureFuel Corp. is the parent corporation

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES  ✔ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.

   _____
   _____
   _____

/s/ J.B. Lind                                    3-3-2020
Signature of Counsel                             Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**